NO. 07-01-00193-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

OCTOBER 5, 2001

———————————————————

IN THE INTEREST OF J.A., A CHILD

———————————————————

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 99-07-17,730; HON. DAVID L. GLEASON, PRESIDING

———————————————————

***ORDER ON APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL***

———————————————————

Before QUINN, REAVIS and JOHNSON, JJ.

The Texas Department of Protective and Regulatory Services, appellant, has moved to dismiss its appeal contending that it "has decided not to appeal this cause." Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal without prejudice. Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

                                                    Brian Quinn
                                                    Justice

Do not publish.